**No.** 26-2660

Michael Miller      vs.   County of Lancaster, et al.

### ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Please see attached additional sheet for represented parties.

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)      ☐ Appellant(s)      ☐ Intervenor(s)

☐ Respondent(s)      ☑ Appellee(s)      ☐ Amicus Curiae

(Type or Print) Counsel's Name   Stephen R. Cerutti, Esquire

☑ Mr.    ☐ Ms.    ☐ Mrs.    ☐ Miss    ☐ Mx.

Firm   McNees Wallace & Nurick LLC

Address   100 Pine Street, P.O. Box 1166

City, State, Zip Code   Harrisburg, PA 17108-1166

Phone 717-237-5237        Fax 717-237-5300

**Primary E-Mail Address (required)** srcerutti@mcneeslaw.com
**Additional E-Mail Address (1)** twarren@mcneeslaw.com
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Stephen Cerutti, Esquire

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

**List of names of all parties represented:**

County of Lancaster;

Tammy Bender;

Jacqueline Pfursich;

Joshua Parsons;

Ray D'Agostino; and

Christa Miller

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing document was served on all parties through the Court's Electronic Case Filing System.

_____
Stephen R. Cerutti, Esquire

*Counsel for Appellees County of Lancaster, et al.*

Dated:  July 9, 2026